UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JASON LEOPOLD AND BLOOMBERG LP.,

Plaintiffs,

v.

GENERAL SERVICES ADMINISTRATION,

Defendant.

Civil Action No. 25-4348 (LLA)

**NOTICE OF ERRATA**

Defendant respectfully submits this Errata to correct an error in the filing of its Motion for Summary Judgment (Docket No. 13). The exhibits attached to the original filing were inadvertently unnumbered in the electronic submission. This filing provides the properly numbered exhibits.

Dated: March 6, 2026
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Zachariah Lindsey*
Zachariah (Zack) Weston Lindsey
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2500 (main)

*Attorneys for the United States of America*